# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| THOMAS ALPERN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:17-cv-00024-WYD |
| BRIAN FEREBEE, in his official ) | |
| Capacity as the U.S. Forest Service ) | |
| Region 2 Regional Forester, and ) | |
| UNITED STATES FOREST SERVICE, ) | |
| ) | |
| Defendants ) | |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR A THREE-DAY EXTENSION OF TIME TO SERVE ITS RESPONSE TO PLAINTIFF'S OPENING BRIEF**

Defendants respectfully request a three-day extension of time to serve its Response to Plaintiff's Opening Brief in the above-referenced matter. In support of this request, Defendants note the following:

1. Defendants' Response is due on September 20, 2017.

2. Defendants need additional time to prepare this filing. Counsel for Defendants has filings and a hearing that may require out of town travel scheduled for September 19, 2017 that will delay completion of the Response.

3. This is Defendants' first request for an extension.

4. The undersigned counsel has contacted opposing counsel regarding this request and Plaintiff does not oppose.

DATED: September 7, 2017　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　JEFFREY H. WOOD
　　　　　　　　　　　　　　　　　　　　ACTING ASSISTANT ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　　　　　　　　United States Department of Justice

　　　　　　　　　　　　　　　　　　　　/s/ Lauren D. Adkins
　　　　　　　　　　　　　　　　　　　　LAUREN D. ADKINS
　　　　　　　　　　　　　　　　　　　　(D.C. Bar 1021760)
　　　　　　　　　　　　　　　　　　　　lauren.adkins@usdoj.gov
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Natural Resources Section
　　　　　　　　　　　　　　　　　　　　P.O. Box 7611
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044-7611
　　　　　　　　　　　　　　　　　　　　Phone: 202-305-0247
　　　　　　　　　　　　　　　　　　　　Fax: 202-305-0506

## CERTIFICATE OF SERVICE

I, Lauren D. Adkins, hereby certify that on September 7, 2017, I caused the foregoing to be served upon counsel of record through the Court's CM/ECF system and upon Defendants through electronic mail.

/s/ Lauren D. Adkins
LAUREN D. ADKINS
*Attorney for Federal Defendants*